**SEALED**

FILED

OCT 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) 2:12-SW-0696  DAD |
|---|---|
| 1760 N. SAN JOAQUIN STREET STOCKTON, CALIFORNIA | ) ORDER RE: REQUEST TO SEAL DOCUMENTS ) **UNDER SEAL** |

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: 10/24/, 2012

_____
DALE A. DROZD
United States Magistrate Judge

1