

FILED
FEB 0 4 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>1760 N. SAN JOAQUIN STREET,<br>STOCKTON CALIFORNIA | CASE NO. 2:12-SW-0696 DAD<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: Feb 4, 2015

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1